# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE NG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; NDEX West, LLC; Does 1-50,<br><br>　　　　　Defendants. | Case No. 12-cv-05630 NC<br><br>**ORDER TO SHOW CAUSE** |

　　The Court held a hearing on defendant Wells Fargo's motion to dismiss and ex parte motion to expunge the lis pendens on November 28, 2012. At the hearing, the Court ordered attorney Zach Toran, who stated that he was "specially appearing" on behalf of plaintiff's lead counsel, Kristin Crone, to file a notice of appearance within 24 hours of the hearing. Mr. Toran failed to adhere to the court's order.

　　Northern District Civil Local Rule 5-1(c)(2) provides that "a notice of appearance must be e-filed whenever counsel joins a case." Accordingly, Mr. Toran must file a notice of appearance by December 10, 2012. If he fails to file the appearance notice, the Court may impose sanctions against Mr. Toran, including under Federal Rule of Civil Procedure 11, and refer him to the Northern District Standing Committee on Professional Conduct. *See* Civil L.R. 11-6.

//

1     IT IS SO ORDERED.

2 DATED: December 5, 2012

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge